1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500

4  Attorney for Defendant FAISAL MANSOOR ALY GOWANI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR05 0375 SI |
| Plaintiff, | **STIPULATION AND ORDER RE TRAVEL** |
| v. | |
| FAISAL MANSOOR ALY GOWANI, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties that defendant Faisal Mansoor Aly Gowani may travel to Los Angeles County, California, commencing Friday, September 23, 2005, and returning Monday, September 26, 2005. This travel has been approved by Pretrial Services Officer Laura Weigel. For this travel, the defendant shall inform the Pretrial Services Officer in advance of his itinerary and the place where he will be staying, and shall provide a contact telephone number at which he may be reached.

Dated:    September 21, 2005

/s/ Robert Waggener
ROBERT WAGGENER
Attorney for Defendant
FAISAL MANSOOR ALY GOWANI

//
//

STIPULATION & ORDER RE TRAVEL             N:\ASCOBLE\urbanharvest\usvchanetal\gowani.stipretravel.revised.wpd

1 | Dated:    September 21, 2005

*[signature]*
ANDREW M. SCOBLE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:    9/21/05

*[signature]*
HON. JOSEPH C. SPERO
UNITED STATES DISTRICT COURT
JUDGE/MAGISTRATE