# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                Plaintiff;  )<br>                         )<br>      - vs -      )<br>                         )<br>Faisal Mansoor Aly Gowani,  )<br>                Defendant.  ) | Docket No. CR 05-00375-08 SI |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 9th day of November 2007, be continued until the 7th day of December 2007, at 11:00 a.m.

10/31/07

_____
DATE

_____
Susan Illston
United States District Judge